IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL K. GREEN, *Personal Representative of the Estate of William S. Green*, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, et al.,<br><br>            Defendants. | CV 20-37-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiffs' Expert Witness Disclosure "to Rule 26(b)(4)(A)(i), Mont. R. Civ. P." (Doc. 21.)  The Court notes that Plaintiffs' filing is not required by the June 3, 2020 Scheduling Order (Doc. 17).  Furthermore, Local Rule 26.2 generally prohibits the filing of discovery documents, including expert reports.  Plaintiffs need only make disclosures to the opposing party.  Accordingly,

**IT IS ORDERED** that Plaintiffs' Expert Witness Disclosure is **REJECTED**.  Plaintiffs must disclose its experts to Defendants.

DATED this 30th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge